## First Department, May, 1957

### (May 2, 1957)

■ JOHN BLOCK & COMPANY, INC. v. DELL PUBLISHING CO., INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE P. CUDMORE.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH EFERSTEIN.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY KIRKLAND.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LARA MOODY.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANCISCO E. RIVERA.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARLOS SIERRA.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY STERNBERG.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS E. TIMMONS.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JESSE WILSON.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ In the Matter of BARBARA B. KELLEY et al., Appellants, against 74 & 76 WEST TREMONT AVENUE CORPORATION et al., Respondents.— Motion for leave to appeal to the Court of Appeals and for a stay granted. The stay is granted upon condition that appellants furnish an undertaking in the sum of $15,000 in addition to the security of the bond in the sum of $15,000 heretofore filed, which is to be continued, making an aggregate of $30,000, pending determination of the Court of Appeals, and upon the further condition that the certificate of stock remain on file with the Bronx County Clerk. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ. [See ante, p. 821.]

■ ANGELO PROCARIO, Individually and as Director of 74 & 76 West Tremont Avenue Corporation and University Heights Sanitarium, Respondent, v. 74 & 76 WEST TREMONT AVENUE CORPORATION et al., Respondents, et al., Defendants, and HAROLD GOLDSTEIN et al., Appellants.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ. [See ante, p. 821.]

### (May 7, 1957)

■ In the Matter of SMILTONY REALTY, INC., Appellant, against ROBERT C. WEAVER, as Temporary State Housing Rent Administrator, Respondent.— On the facts shown in this case, the only reasonable conclusion that could be reached is that there was a lack of good faith on the part of the landlord. Order unanimously affirmed, with $20 costs and disbursements to the respondent. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.